ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL II

| | | |
|---|---|---|
| **ALEXIS MÉNDEZ CARDONA**<br><br>Recurrente<br><br>v.<br><br>**JUNTA DE LIBERTAD BAJO PALABRA**<br><br>Recurrido | TA2025RA00107 | **REVISIÓN** procedente de la Junta de Libertad Bajo Palabra<br><br>Caso Núm: **146365**<br><br>Sobre: Revocación de Libertad Bajo Palabra |

Panel integrado por su presidenta, la Jueza Cintrón Cintrón, el Juez Rodríguez Flores y la Jueza Díaz Rivera.

Cintrón Cintrón, Jueza Ponente

**SENTENCIA**

En San Juan, Puerto Rico, a 22 de agosto de 2025.

Atendido el *Aviso de Desistimiento* presentado el 29 de julio de 2025 por la parte recurrente[1], Alexis Méndez Cardona, se declara *Ha Lugar.*

Se ordena el cierre y archivo del recurso de epígrafe, de conformidad con la Regla 83 (A) del Reglamento del Tribunal de Apelaciones, según enmendada, *In re Aprob. Enmdas. Reglamento TA,* 2025 TSPR 42, pág. 115, 215 DPR __ (2025).

Lo acordó el Tribunal y lo certifica la Secretaria.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[1] Asignado a nuestra consideración el 15 de agosto de 2025.

Número Identificador
SEN2025 _____